## R. M. GILMOUR MFG. CO. v. JOHNSON.

### (Supreme Court, Appellate Term.  December 12, 1907.)

APPEAL—MODIFICATION—REDUCING AMOUNT OF RECOVERY.

Where the trial court inadvertently rendered judgment for more than the proper amount, the Supreme Court on appeal will properly modify the judgment, and affirm it as modified.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 4462–4476, 4498–4505.]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by the R. M. Gilmour Manufacturing Company against Harriet W. Johnson.  From a judgment for plaintiff, defendant appeals. Modified and affirmed.

Argued before GILDERSLEEVE, P. J., and GUY and BRUCE, JJ.

Merle I. St. John, for appellant.

Edmund T. Oldham, for respondent.

PER CURIAM.   We are convinced from an examination of the evidence in this case that the trial justice was correct in awarding judgment for the plaintiff.   The court below, however, made an error in giving judgment for plaintiff for the sum of $59 upon the first cause of action.   The amount conceded by the parties upon the trial upon that cause of action was but $52.21.

The judgment is therefore modified, by reducing the amount of recovery to the sum of $155.21, and, as modified, affirmed, with costs.